A97A0968. ANDERSON et al. v. MULLINAX et al.
(502 SE2d 482)

ELDRIDGE, Judge.

In *Anderson v. Mullinax*, 269 Ga. 369 (497 SE2d 796) (1998), the Supreme Court reversed the judgment of this Court's opinion in *Anderson v. Mullinax*, 226 Ga. App. 672 (487 SE2d 607) (1997). Therefore, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and remand this case to the trial court for proceedings not inconsistent with the opinion of the Supreme Court.

*Judgment reversed and case remanded. Birdsong, P. J., and Ruffin, J., concur.*

DECIDED MAY 14, 1998.

*Jewett & Clark, C. Lawrence Jewett, Jr., Robin F. Clark*, for appellants.
*Gary M. Cooper*, for appellees.